IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEROME TERRY, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>CHERYL PRICE, *et al.*, )<br>)<br>Respondents. ) | Case No. 2:14-cv-02191-LSC-TMP |

## MEMORANDUM OPINION

The magistrate judge filed his Report and Recommendation (doc. 5) in the above-styled cause on February 9, 2015, recommending that the § 2254 petition for writ of *habeas corpus* challenging the constitutional validity of Petitioner's conviction be dismissed without prejudice because the court is without jurisdiction to adjudicate Petitioner's claims. No objections to the Report and Recommendation have been filed.

Having now carefully reviewed and considered *de novo* all materials in the court file relevant to the case, the court finds that the report is due to be ADOPTED and the recommendation ACCEPTED. A corresponding order shall be entered contemporaneously herewith.

Done this 13th day of March 2015.

_____
L. Scott Coogler
United States District Judge
[160704]